Dallas K. Thompson (*Defendant Pro Se*)
801 West 5th Street #2502
Austin, TX  78703
Phone (310) 291-8000
dktbrokers@yahoo.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LITHIUM TECHNOLOGIES, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>DALLAS THOMPSON, an individual and DOES 1-50,<br><br>             Defendants. | Case No.: CV 13 3244 YGR<br><br>[PROPOSED] **ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>JUDGE: Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:        July 12, 2013<br>Trial Date:              None Set |

   The Court has considered the Motion for Permission for Electronic Case Filing.  Finding that good cause exists, the Motion is **GRANTED**.

   This Order terminates Dkt. No. 21.

   IT IS SO ORDERED.

Dated: November 18, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---
1
[PROPOSED] ORDER, Case No. CV 13 3244 YGR