**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LITHIUM TECHNOLOGIES, INC.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**DALLAS THOMPSON,**<br><br>    **Defendant.** | Case No.: 13-CV-3244 YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

On November 21, 2013, Plaintiff filed an Application for an Order to Show Cause Regarding Preliminary Injunction and Temporary Restraining Order Pending Binding Arbitration, the first page of which noticed a hearing date of January 7, 2014. (Dkt. No. 23 ("Application").) Plaintiff's Application is hereby **DENIED** to the extent that it seeks a temporary restraining order in advance of the noticed January 7, 2014 hearing date. "[A] request for a TRO under Federal Rule of Civil Procedure 65 is an extraordinary remedy that is generally reserved for emergency situations in which a party may suffer *immediate* irreparable harm." *Sims v. Sayre*, C08-01691, 2010 WL 3932080, at *5 (N.D. Cal. Sept. 30, 2010) (emphasis added). Here, Plaintiff waited more than week after Defendant entered his appearance in federal court to apply, for a second time, for a temporary restraining order, and nowhere explicitly asked for an early motion date, belying its claims to an irreparable harm so immediate that it must be forestalled before the January 7 hearing.

As to the remainder of Plaintiff's Application, which the Court construes as a motion for a preliminary injunction, the Court **RESERVES** pending submission of the parties' responsive papers and, if required, oral argument.

1	The Court understands that the parties have agreed to mediation before the Honorable
2	Wayne D. Brazil (Ret.) in the San Francisco office of JAMS on December 16, 2013.  The parties
3	are hereby **ORDERED** to file electronically, no later than **December 23, 2013**, a one-page, joint
4	notice apprising this Court of whether or not the case settles.

**IT IS SO ORDERED**.

Dated: November 22, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**