Dallas K. Thompson (*Defendant Pro Se*)
801 West 5th Street #2502
Austin, TX  78703
Phone (310) 291-8000
dktbrokers@yahoo.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|  |  |
|---|---|
| LITHIUM TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>*v.*<br><br>DALLAS THOMPSON, an individual and DOES 1-50,<br><br>Defendants. | Case No.: 13-CV-3244 YGR<br><br>**ORDER TO PROVIDE STATEMENT REGADING SETTLEMENT STATUS** |

Pending before this Court are two motions: Plaintiff's Motion for Preliminary Injunction (Dkt. No. 23) and Defendant's Motion to Dismiss or Transfer Venue and/or Compel Contractual Alternative Dispute Resolution (Dkt. No. 20).

The hearing on these motions was originally set for January 7, 2014.  On December 23, 2013, the parties filed a Joint Notice Regarding Mediation (Dkt. No. 33) and a Stipulation to Request Court to Continue Hearing on Motions  (Dkt. No. 34).  The parties stated that "[d]ue to ongoing settlement discussions, [they] believe[d] that a continuance of the hearings on the two matters would aid the parties in achieving a potential resolution."  (Dkt. No. 34.)  In light of this representation, the Court continued the Motions hearing to January 28, 2014.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

As of the date of this Order, the parties have not notified the Court of any settlement. The parties are hereby **ORDERED** to provide a statement explaining the status of settlement discussions no later than Tuesday, January 21, 2014.

IT IS SO ORDERED.

Dated: January 15, 2014

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**