United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LITHIUM TECHNOLOGIES, INC.,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**DALLAS THOMPSON, AN INDIVIDUAL AND DOES 1-50,**<br><br>　　Defendant(s). | **Case No.: 13-CV-3244 YGR**<br><br>**ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS OR TRANSFER VENUE AND/OR COMPEL CONTRACTUAL ALTERNATIVE DISPUTE RESOLUTION** |

　　Pending before this Court are two motions: Plaintiff's Motion for Preliminary Injunction (Dkt. No. 23) and Defendant's Motion to Dismiss or Transfer Venue and/or Compel Contractual Alternative Dispute Resolution (Dkt. No. 20).

　　These motions were originally set for hearing on January 7, 2014.  On December 23, 2013, the parties filed a Joint Notice Regarding Mediation (Dkt. No. 33) and a Stipulation to Request Court to Continue Hearing on Motions  (Dkt. No. 34).  The parties stated that "[d]ue to ongoing settlement discussions, [they] believe[d] that a continuance of the hearings on the two matters would aid the parties in achieving a potential resolution." (Dkt. No. 34.)  In light of this representation, the Court continued the Motions hearing to January 28, 2014.  On January 21, 2014 the parties filed separate statements concerning the status of settlement discussions.  (Dkt. Nos. 37, 38.)  In their statements, the parties indicated that settlement discussions remain ongoing.

　　Accordingly, the Court hereby **CONTINUES** the hearing on the parties' pending motions to **February, 11, 2014.**

　　**IT IS SO ORDERED**.

Date: **January 23, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**