**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LITHIUM TECHNOLOGIES, INC.,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**DALLAS THOMPSON, AN INDIVIDUAL, AND DOES 1-50.**<br><br>    **Defendant(s).** | Case No.: 13-CV-3244 YGR<br><br>**ORDER CONTINUING MOTION HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the hearing on Plaintiff's Motion for Preliminary Injunction and Defendant's Motion to Dismiss or Transfer Venue, and/or Compel Contractual Alternative Dispute Resolution is **CONTINUED** from February 11, 2014 to **Tuesday, March 4, 2014** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.  The Court will grant no further continuances.

**IT IS SO ORDERED.**

Date:  February 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**